UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

LEI YANG, et al.                              )
                                             )
                                             )
                                             )
v.                                           )
                                             )        Civil Action No.: 1:23-cv-323-JL
CHI FAMILY LLC, et al.                       )
                                             )
                                             )

## NOTICE OF APPEARANCE

Please enter the appearance of Ryan P. McClure as counsel for the Defendants, Chi Family

LLC d/b/a New Kim Lai Restaurant, Gui Xian Chi a/k/a Guixian Chi, Zuewen Chi a/k/a Zue Wen

Chi a/k/a Sean Chi and Lai Yu Wong a/k/a Laiyu Wong, in the above matter.


Respectfully submitted,


PRIMMER PIPER EGGLESTON & CRAMER PC,

Dated: January 29, 2024          By:   */s/ Ryan P. McClure*
                                       Ryan P. McClure (N.H. Bar No. 274679)
                                       P.O. Box 3600
                                       Manchester, NH 03105-3600
                                       (603) 626-3326
                                       rmcclure@primmer.com


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this day been forwarded via the Court's
Electronic Case Filing System to Tiffany Troy, Esq., Brendan P. Slean, Esq., John R. Bauer, Esq.,
and John Mark Dickinson, Esq.

Dated: January 29, 2024              By:  */s/ Ryan P. McClure*
                                          Ryan P. McClure, Esq., (N.H. Bar No. 274679)