UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| LEI YANG, and<br>YING TIAN,<br>      Plaintiffs,<br><br>VS.<br><br>CHI FAMILY LLC<br> d/b/a New Kim Lai Chinese Restaurant<br>GUI XIAN CHI<br> a/k/a Guixian Chi;<br>XUEWEN CHI<br> a/k/a Xue Wen Chi<br> a/k/a Sean Chi<br>LAI YU WONG<br> a/k/a Laiyu Wong<br>      Defendants. | Case No.: 23-cv-00323 |

## ASSENTED TO STATUS REPORT

  Plaintiffs, LEI YANG and YING TIAN respectfully notify the Court that the above-captioned matter has been resolved in principle. As a result, Plaintiffs have conferred with Defendants and respectfully request that the Court stay all remaining deadlines and conferences *sine die* for the parties to finalize and file an assented-to motion for settlement approval with executed settlement agreement. Defendants assent to the filing of this status report.

TROY LAW, PLLC
*Attorneys for the Plaintiffs*


By: __/s/ Tiffany Troy_
Tiffany Troy
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel: 718 762 1324

- 2 -

## **CERTIFICATION**

      I, Tiffany Troy, hereby certify that on December 13, 2024, I served the foregoing by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to the following:


Ryan P. McClure, Esq.
900 Elm Street, 19th Floor
P.O. Box 3600
Manchester, NH 03105


                                                                         _____*/s/ Tiffany Troy*_____
                                                                          Tiffany Troy